**Opinion issued March 12, 2013**



**In The**

**Court of Appeals**

**For The**

**First District of Texas**

————————————

**NO. 01-11-01015-CR**

————————————

**KEVIN DEWAYNE WARD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from County Criminal Court at Law No. 8**
**Harris County, Texas**
**Trial Court Cause No. 1778267**

---

**MEMORANDUM OPINION**

Appellant, Kevin Dewayne Ward, has filed a motion to dismiss the

appeal.   The motion complies with Texas Rule of Appellate Procedure 42.2(a).

*See* TEX. R. APP. P. 42.2(a).  We have not issued an opinion in the appeal.  *See* TEX. R. APP. P. 42.2(b).

Accordingly, we reinstate and dismiss the appeal.  *See* TEX. R. APP. P. 43.2(f).  We dismiss any pending motions as moot.

## PER CURIAM

Panel consists of Justices Jennings, Bland, and Massengale.

Do not publish.  TEX. R. APP. P. 47.2(b).